# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BRIAN E. RUSS & BREE A. RUSS  
37253 N. SUMMERFIELD DR.  
LAKE VILLA, IL  60046

Case Number: 05-71121  
SSN-xxx-xx-9075 & xxx-xx-3611

Case filed on: 3/14/2005  
Plan Confirmed on: 7/22/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $9,795.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD E SEXNER | 3,966.50 | 3,966.50 | 3,966.50 | 0.00 |
|  | Total Legal | 3,966.50 | 3,966.50 | 3,966.50 | 0.00 |
| 011 | FAIRLANE CREDIT, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WFFINACCPT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRIAN E. RUSS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | REGIONS MORTGAGE INC | 15,457.45 | 3,332.54 | 3,332.54 | 0.00 |
| 007 | CHASE BANK USA NA | 275.53 | 275.53 | 275.53 | 0.00 |
|  | Total Secured | 15,732.98 | 3,608.07 | 3,608.07 | 0.00 |
| 002 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NATIONAL ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 461.03 | 46.10 | 37.78 | 0.00 |
| 006 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHASE BANK USA NA | 3,199.96 | 320.00 | 262.28 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 2,675.75 | 267.57 | 219.31 | 0.00 |
| 009 | COMED CO | 640.39 | 64.04 | 52.49 | 0.00 |
| 010 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 363.89 | 36.39 | 29.83 | 0.00 |
| 014 | SUNRISE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 1,473.22 | 147.32 | 120.74 | 0.00 |
| 016 | WELLS FARGO FINANCIAL ACCEPTANCE | 10,790.82 | 1,079.08 | 884.44 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 349.41 | 34.94 | 28.64 | 0.00 |
|  | Total Unsecured | 19,954.47 | 1,995.44 | 1,635.51 | 0.00 |
|  | Grand Total: | 39,653.95 | 9,570.01 | 9,210.08 | 0.00 |

Total Paid Claimant:    $9,210.08  
Trustee Allowance:      $584.92  
Percent Paid Unsecured:    81.96

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008           By  /s/Heather M. Fagan